IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANDRE J. TWITTY,**

**Plaintiff,**

vs.

**E.A. STEPP et al.,**
**Defendants.**                                            **No. 03-CV-779-DRH**

### ORDER

**HERNDON, District Judge:**

On January 20, 2006, this Court entered an order adopting Judge Frazier's Report and Recommendation and dismissing several Defendants from this action. (Doc. 80.) The Court also revoked Plaintiff's pauper status and directed him to pay the filing fee of $150 by February 18, 2006. (*Id.*) That date has passed, Plaintiff has not paid the filing fee, and he has now appealed the Court's order. With regard to his appeal, however, Plaintiff has failed to pay the appeal docketing fee or asked to proceed in forma pauperis on appeal. For this reason, the Seventh Circuit has suspended its jurisdiction over Plaintiff's appeal until the fee issue is resolved. (Doc. 87.)

For these reasons, the Court now **ORDERS** Plaintiff to show cause, by April 14, 2006, why this case should not be dismissed with prejudice. The Court

warns Plaintiff that failure to do so will result in dismissal of this suit.  *See* F<small>ED</small>. R. C<small>IV</small>. P. 41(b).

       **IT IS SO ORDERED**.

Signed this 10th day of March, 2006.

                        /s/      David   RHerndon
                        **United States District Judge**